Paul McGINNIS, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2011–3168.

United States Court of Appeals, Federal Circuit.

Sept. 6, 2012.

Ariel E. Solomon, Solomon Law Firm, PLLC, of Albany, New York, for petitioner.

Jane W. Vanneman, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Assistant Director.

Before PROST, MOORE, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered,

it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Dennis L. SCHMIRLER, Plaintiff–Appellant,

v.

David J. KAPPOS, Under Secretary of Commerce for Intellectual Property and Director, United States Patent and Trademark Office, Defendant–Appellee.

No. 2012–1078.

United States Court of Appeals, Federal Circuit.

Sept. 6, 2012.

Garet K. Galster, Ryan Kromholz & Manion, S.C., of Milwaukee, WI, argued for plaintiff-appellant.

Thomas W. Krause, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for defendant-appellee. With him on the brief were Raymond T. Chen, Solicitor, and Frances M. Lynch, Associate Solicitor.

Before RADER, Chief Judge, PROST and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.